UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THAD C. LESZCZYNSKI,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the<br>Social Security Administration,<br><br>    Defendant. | CASE NO. CV 04-0987 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that the decision of defendant is reversed, and the case is remanded to defendant for further proceedings consistent with the Memorandum of Decision filed concurrently herewith.

DATED: July 28, 2005

/s/

_____
ANDREW J. WISTRICH
United States Magistrate Judge